# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| INNOVATIVE BUSINESSES & SERVICES I | § | Case No. 11-29158 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 07/15/2011 .   The undersigned trustee was appointed on  07/18/2011 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $          190,752.02

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 90,631.00 |
| Bank service fees | 6,684.79 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 93,436.23 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  01/23/2012  and the deadline for filing governmental claims was  01/23/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,787.60 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 12,787.60 , for a total compensation of $ 12,787.60 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 45.42 , for total expenses of $ 45.42 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/14/2017                    By:/s/BRENDA PORTER HELMS, TRUSTEE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 11-29158 | JSB | Judge: | Janet S. Baer | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|---|

Case Name:   INNOVATIVE BUSINESSES & SERVICES I

Date Filed (f) or Converted (c):   07/15/2011 (f)

341(a) Meeting Date:   08/18/2011

For Period Ending:   05/14/2017

Claims Bar Date:   01/23/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  CHECKING AND SAVINGS | 150.00 | 0.00 | | 0.00 | FA |
| 2.  ACCOUNTS RECEIVABLE DIAL-AROUND | 19,000.00 | 0.00 | | 264.22 | FA |
| 3.  FUNDS BEING HELD BY AT&T PURSUANT TO JUDGMENT<br><br>Amended Schedule lists as Accounts receivable with increased value | 11,273.66 | 0.00 | | 0.00 | FA |
| 4.  1999 Ford Winstar - 245,000 miles - Fair<br><br>Originally listed as 1998 FORD ECONOLINE CARGO VAN - 245,000 MILES - FAIR | 3,015.00 | 0.00 | | 0.00 | FA |
| 5.  2006 DODGE CARAVAN CARGO VAN - 220,000 - FAIR | 5,520.00 | 0.00 | | 0.00 | FA |
| 6.  2000 CHEVROLET ASTRO CARGO VAN - 185,000 MILES - F | 3,600.00 | 0.00 | | 0.00 | FA |
| 7.  MISCELLANEOUS OFFICE EQUIPMENT | 3,000.00 | 0.00 | | 0.00 | FA |
| 8.  PHONES - 1,000 PHONES AT $15.00 PER PHONE<br><br>Sold per order 2/24/12 [dkt 33] | 15,000.00 | 0.00 | | 90,000.00 | FA |
| 9.  Post-Petition Interest Deposits          (u) | Unknown | N/A | | 1.35 | FA |
| 10.  NET RECEIPTS FROM BUSINESS OPERATIONS (u)<br><br>Trustee authorized to operate business per order dated 9/23/11 [dkt 19] | 0.00 | 0.00 | | 100,486.45 | FA |
| 11.  VOID                         (u) | Unknown | 0.00 | | 0.00 | FA |
| 12.  ADMINISTRATIVE PROCEEDING VS. FTC          (u)<br><br>The trustee kept this case open for 6 years pending recovery from the ongoing litiation.  Trustee has determined that, at this point, collection is unlikely and will abandon the Estate's interest in the FTC litigation at closing. | 0.00 | Unknown | | 0.00 | FA |
| 13.  .25% OWNERSHIP IN DATANET LLC          (u) | Unknown | 0.00 | | 0.00 | FA |
| 14.  VERIZON ACCOUNT RECEIVABLE          (u) | 7,700.45 | 0.00 | | 0.00 | FA |

Case 11-29158    Doc 55    Filed 05/16/17    Entered 05/16/17 19:51:18    Desc Main
Document    Page 4 of 21

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-29158 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | INNOVATIVE BUSINESSES & SERVICES I | | | | Date Filed (f) or Converted (c): | 07/15/2011 (f) |
| | | | | | 341(a) Meeting Date: | 08/18/2011 |
| For Period Ending: | 05/14/2017 | | | | Claims Bar Date: | 01/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 15.  BSG CLEARING SOLUTIONS ACCOUNT RECEIVABLE<br>(u) | 8,123.33 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $76,382.44 | $0.00 | | $190,752.02 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee preparing interim distribution to creditors

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 11/30/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 11-29158 | | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | Exhibit B |

Case Name: INNOVATIVE BUSINESSES & SERVICES I
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1368
Checking - Non Interest
Taxpayer ID No: XX-XXX9941
Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 05/14/2017
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $31,906.47 | | $31,906.47 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $11.15 | $31,895.32 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $20.32 | $31,875.00 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $19.65 | $31,855.35 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $20.29 | $31,835.06 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $47.32 | $31,787.74 |
| 02/15/13 | 10001 | INTERNATIONAL SURETIES LTD | Bond #016026455 | 2300-000 | | $28.45 | $31,759.29 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $42.68 | $31,716.61 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $47.15 | $31,669.46 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $45.56 | $31,623.90 |
| 05/08/13 | 10 | INNOVATIVE BUSINESSES & SERVICES | transfer of funds from operating acct Trustee operated business pursuant to order 9/23/11 [dkt 19] | 1230-000 | $82,494.12 | | $114,118.02 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $141.94 | $113,976.08 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $163.98 | $113,812.10 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $169.21 | $113,642.89 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $168.96 | $113,473.93 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $163.28 | $113,310.65 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*          Page Subtotals:                    $114,400.59          $1,089.94

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-29158
Case Name: INNOVATIVE BUSINESSES & SERVICES I

Taxpayer ID No: XX-XXX9941
For Period Ending: 05/14/2017

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1368
Checking - Non Interest
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $168.46 | $113,142.19 |
| 12/06/13 | 10002 | TREASURY, UNITED STATES | Estate income tax period ending 12/31/11 | 2690-000 | | $189.71 | $112,952.48 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $162.79 | $112,789.69 |
| 12/16/13 | 10003 | RICHARD L. HIRSH P.C. | legal fees per order 12/13/13 [dkt 42] | 3210-000 | | $6,192.50 | $106,597.19 |
| 12/16/13 | 10004 | RICHARD L. HIRSH P.C. | legal expenses per order 12/13/13 [dkt 42] | 3220-000 | | $86.58 | $106,510.61 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $165.35 | $106,345.26 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $158.12 | $106,187.14 |
| 02/15/14 | 10005 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | $100.91 | $106,086.23 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $142.58 | $105,943.65 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $157.51 | $105,786.14 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $152.20 | $105,633.94 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $157.05 | $105,476.89 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $151.75 | $105,325.14 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $156.60 | $105,168.54 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $156.36 | $105,012.18 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $151.10 | $104,861.08 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $155.90 | $104,705.18 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                Page Subtotals:                $0.00        $8,605.47

## FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 11-29158
Case Name: INNOVATIVE BUSINESSES & SERVICES I

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1368
Checking - Non Interest

Taxpayer ID No: XX-XXX9941
For Period Ending: 05/14/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $150.65 | $104,554.53 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $155.43 | $104,399.10 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $155.22 | $104,243.88 |
| 02/19/15 | 10006 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $74.57 | $104,169.31 |
| 02/25/15 | 10007 | ALAN D. LASKO & ASSOCIATES, P.C. | accountant fees per order 2/20/15 [dkt 49] | 3410-000 | | $6,042.00 | $98,127.31 |
| 02/25/15 | 10008 | ALAN D. LASKO & ASSOCIATES, P.C. | accountant expenses per order 2/20/15 [dkt 49] | 3420-000 | | $50.60 | $98,076.71 |
| 02/25/15 | 10009 | ALAN D. LASKO & ASSOCIATES, P.C. | accountant fees per order 2/20/15 [dkt 50] | 3410-000 | | $1,608.00 | $96,468.71 |
| 02/25/15 | 10010 | ALAN D. LASKO & ASSOCIATES, P.C. | accountnat expenses per order 2/20/15 [dkt 50] | 3420-000 | | $28.45 | $96,440.26 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $139.24 | $96,301.02 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $143.17 | $96,157.85 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $138.35 | $96,019.50 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $142.75 | $95,876.75 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $137.93 | $95,738.82 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $142.34 | $95,596.48 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $142.13 | $95,454.35 |

Page Subtotals: $0.00   $9,250.83

Case 11-29158   Doc 55   Filed 05/16/17   Entered 05/16/17 19:51:18   Desc Main
Document   Page 8 of 21

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 11-29158 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: INNOVATIVE BUSINESSES & SERVICES I | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1368 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX9941 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/14/2017 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $137.35 | $95,317.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $141.71 | $95,175.29 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $136.93 | $95,038.36 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $141.30 | $94,897.06 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $141.09 | $94,755.97 |
| 02/25/16 | 10011 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $82.80 | $94,673.17 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $131.78 | $94,541.39 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $140.55 | $94,400.84 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $135.82 | $94,265.02 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $140.14 | $94,124.88 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $135.43 | $93,989.45 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $139.74 | $93,849.71 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $139.52 | $93,710.19 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*          Page Subtotals:          $0.00          $1,744.16

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: 11-29158 | | | | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | | | |
| Case Name: INNOVATIVE BUSINESSES & SERVICES I | | | | Bank Name: Associated Bank | | | |
| | | | | Account Number/CD#: XXXXXX1368 | | | |
| | | | | Checking - Non Interest | | | |
| Taxpayer ID No: XX-XXX9941 | | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 05/14/2017 | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $134.84 | $93,575.35 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $139.12 | $93,436.23 |

| | | |
|---|---|---|
| COLUMN TOTALS | $114,400.59 | $20,964.36 |
| Less: Bank Transfers/CD's | $31,906.47 | $0.00 |
| Subtotal | $82,494.12 | $20,964.36 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $82,494.12 | $20,964.36 |

| Page Subtotals: | $0.00 | $273.96 |
|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-29158 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: INNOVATIVE BUSINESSES & SERVICES I | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6041 |
| | Money Market - Interest Bearing |
| Taxpayer ID No: XX-XXX9941 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/14/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/21/11 | 2 | DA COMP CONSULTING INC. P.O. Box 38Greenville TX 75403 | collection A/R | 1121-000 | $264.22 | | $264.22 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.07 | $264.15 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.33 | $263.82 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.33 | $263.49 |
| 01/14/12 | 101 | FEDEX | sent paychecks to Thurston & Becnel | 2690-000 | | $87.72 | $175.77 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.32 | $175.45 |
| 02/29/12 | 102 | INTRENATIONAL SURETIES LTD. | Trustee bond | 2300-000 | | $0.23 | $175.22 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.21 | $175.01 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.22 | $174.79 |
| 04/02/12 | 103 | EX, FED | deliver check to contractor | 2690-000 | | $58.48 | $116.31 |
| 04/09/12 | 8 | ILLINIOS PUBLIC TELECOMMUNICATIONS 1560 sherman Ave  Suite 310Evanston IL 60201 | sale of phones and contracts --transaction reversed (5/17/12) due to posting in wrong amount | 1129-000 | $3,199.33 | | $3,315.64 |
| 04/30/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.17 | | $3,315.81 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $25.09 | $3,290.72 |
| 05/17/12 | | ILLINIOS PUBLIC TELECOMMUNICATIONS 1560 sherman Ave  Suite 310Evanston IL 60201 | sale of phones and contracts Trustee sold phones pursuant to order 2/24/12 [dkt 33] and recovered coins collected from phones prior to sale pursuant to order dated 9/15/11 authorizing trustee to operate business [dkt 19] | | $31,992.33 | | $35,283.05 |

| | | | |
|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 10)* | Page Subtotals: | $35,456.05 | $173.00 |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-29158
Case Name: INNOVATIVE BUSINESSES & SERVICES I

Taxpayer ID No: XX-XXX9941
For Period Ending: 05/14/2017

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Bank of America
Account Number/CD#: XXXXXX6041
Money Market - Interest Bearing
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Gross Receipts | $107,992.33 | | | |
| | | Illinois Public Telecommunications Assoc | Management fee allowed $2k per week since 8/15/11 per sale order [dkt 33] | ($66,000.00) | 2690-000 | | |
| | | Illinois Public Telecommunications Assoc | costs of coin collection | ($10,000.00) | 2690-000 | | |
| | 10 | | NET RECEIPTS FROM BUSINESS OPERATIONS | $17,992.33 | 1230-000 | | |
| | 8 | | PHONES - 1,000 PHONES AT $15.00 PER PHONE | $90,000.00 | 1129-000 | | |
| 05/17/12 | 8 | Reverses Deposit # 2 | sale of phones and contracts Deposit amount posted in incorrect amount | 1129-000 | ($3,199.33) | | $32,083.72 |
| 05/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.27 | | $32,083.99 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $40.76 | $32,043.23 |
| 06/29/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.25 | | $32,043.48 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $38.08 | $32,005.40 |
| 07/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.28 | | $32,005.68 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $41.97 | $31,963.71 |
| 08/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.27 | | $31,963.98 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $40.61 | $31,923.37 |
| 09/14/12 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.11 | | $31,923.48 |
| 09/14/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET10TH FLOORDALLAS, TX  75283 | BANK FEES | 2600-000 | | $17.01 | $31,906.47 |

Page Subtotals:                    ($3,198.15)        $178.43

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-29158
Case Name: INNOVATIVE BUSINESSES & SERVICES I

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Bank of America
Account Number/CD#: XXXXXX6041
Money Market - Interest Bearing

Taxpayer ID No: XX-XXX9941
For Period Ending: 05/14/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $31,906.47 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $32,257.90 | $32,257.90 |
| Less: Bank Transfers/CD's | $0.00 | $31,906.47 |
| Subtotal | $32,257.90 | $351.43 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $32,257.90 | $351.43 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Page Subtotals:                                    $0.00        $31,906.47

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1368 - Checking - Non Interest | $82,494.12 | $20,964.36 | $93,436.23 |
| XXXXXX6041 - Money Market - Interest Bearing | $32,257.90 | $351.43 | $0.00 |
| | $114,752.02 | $21,315.79 | $93,436.23 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $76,000.00 |
| Total Net Deposits: | $114,752.02 |
| Total Gross Receipts: | $190,752.02 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-29158-DRC                                                                    Date: May 15, 2017
Debtor Name: INNOVATIVE BUSINESSES & SERVICES I
Claims Bar Date: 1/23/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | THE HELMS LAW FIRM PC 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Administrative | | $0.00 | $12,787.60 | $12,787.60 |
| 100 2200 | THE HELMS LAW FIRM PC 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Administrative | | $0.00 | $45.42 | $45.42 |
| 100 2300 | A Levine-Bond | Administrative | | $0.00 | $157.37 | $157.37 |
| BOND 999 2300 | INTRENATIONAL SURETIES LTD. Intrenational Sureties Ltd. | Administrative | | $0.00 | $129.59 | $129.59 |
| 100 2690 | Illinois Public Telecommunications Assoc | Administrative | Costs of coin collection from phones sold | $0.00 | $10,000.00 | $10,000.00 |
| 100 2690 | Illinois Public Telecommunications Assoc | Administrative | Management fee allowed $2,000 per week from 8/15/11 through 4/1/2012 (per order 2/24/12 [dkt 33]) | $0.00 | $66,000.00 | $66,000.00 |
| 100 3210 | RICHARD L. HIRSH & ASOCIATES P.C. 1500 Eisenhower Lane #800 Lisle, IL 60532 | Administrative | Attorney's fees awarded per order 12/23/13 [dkt 42] | $0.00 | $6,192.50 | $6,192.50 |
| 100 3220 | RICHARD L. HIRSH & ASOCIATES P.C. 1500 Eisenhower Lane #800 Lisle, IL 60532 | Administrative | Attorney's expenses awarded per order 12/23/13 [dkt 42] | $0.00 | $86.58 | $86.58 |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-29158-DRC                                                                    Date: May 15, 2017

Debtor Name: INNOVATIVE BUSINESSES & SERVICES I

Claims Bar Date: 1/23/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>3410 | ALAN D. LASKO &<br>ASSOCIATES P.C.<br>Alan D. Lasko & Associates P.C. | Administrative | Accountant fees<br>1st interim awarded and paid in amount $6,042 per order 2/20/15 [dkt 49]<br>2nd interim awarded and paid in amount $1,608 per order 2/20/15 [dkt 50]<br>Final fees requested $2,643.10 | $0.00 | $10,293.10 | $10,293.10 |
| 1<br>3420 | ALAN D. LASKO &<br>ASSOCIATES P.C.<br>Alan D. Lasko & Associates P.C. | Administrative | Accountant expenses<br>1st interim awarded and paid in amount $50.60 per order 2/20/15 [dkt 49]<br>2nd interim awarded and paid in amount $28.45 per order 2/20/15 [dkt 50]<br>Final expenses requested 39.08 | $0.00 | $118.13 | $118.13 |
| 1<br>200<br>4110 | BMO HARRIS BANK N.A.<br>(F/K/A) HARRIS N.A.<br>C/O L. JUDSON TODHUNTER,<br>HOWARD & HOWARD<br>200 S. MICHIGAN AVE STE<br>1100<br>CHICAGO, IL 60604-2402 | Secured | UCC dated 8/22/03 | $93,797.00 | $101,225.16 | $101,225.16 |
| 11<br>210<br>4110 | AT&T SERVICES INC<br>C/O CHERYL BECKER<br>722 N. BROADWAY FLOOR 9<br>MILWAUKEE, WI 53202 | Secured | Right to setoff against any claim brought against AT&T | $0.00 | $45,879.38 | $45,879.38 |
| 12<br>202<br>4110 | SUJATA SRIVASTAVA<br>880 BROMPTON COURT<br>CAROL STREAM, IL 60188 | Secured | UCC dated 7/6/10 | $115,000.00 | $181,778.17 | $181,778.17 |
| 13<br>203<br>4110 | JAMES A. MAJERNIK<br>307 W. SYCAMORE<br>SUMNER, IL 62466 | Secured | UCC dated 7/14/10 | $27,359.00 | $35,193.95 | $35,193.95 |
| 14<br>201<br>4110 | SANKABHAI PATEL<br>1766 DEVON DRIVE<br>GLENDALE HEIGHTS, IL 60139 | Secured | UCC dated 6/9/10 | $31,576.00 | $76,694.00 | $76,694.00 |
| 15<br>203<br>4110 | DAVID W. GIBBS<br>C/O STAHULAK &<br>ASSOCIATES<br>53 W. JACKSON BLVD, SUITE<br>652<br>CHICAGO, ILLINOIS 60604 | Secured | UCC dated 7/14/10 | $40,000.00 | $50,481.09 | $50,481.09 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-29158-DRC                                                                        Date: May 15, 2017

Debtor Name: INNOVATIVE BUSINESSES & SERVICES I

Claims Bar Date: 1/23/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 17 204 4110 | ILLINOIS PUBLIC TELECOM. ASSOC. C/O MICHAEL W. WARD, WARD & WARD, P.C. 1560 SHERMAN AVE. SUITE 310 EVANSTON, IL 60201 | Secured | Judgment lien 7/16/10 | $0.00 | $147,692.08 | $147,692.08 |
| 2 300 7100 | CAPITAL ONE BANK (USA) N.A. by American InfoSource LP as agent P.O. Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $12,937.00 | $13,302.90 | $13,302.90 |
| 3 300 7100 | JPMORGAN CHASE BANK, N.A. C/O LAW OFFICE OF DOUGLAS JOHNSON 321 N. CLARK, 5TH FLOOR CHICAGO, IL 60654 | Unsecured | payment to be mailed to JP Morgan Chase, Attn: Diana Baird 201 N. Central Ave., 7th Floor Phoenix, AZ 85004 | $101,910.00 | $99,995.93 | $99,995.93 |
| 4 300 7100 | JPMORGAN CHASE BANK, N.A. C/O LAW OFFICE OF DOUGLAS JOHNSON 321 N. CLARK, 5TH FLOOR CHICAGO, IL 60654 | Unsecured | | $9,842.00 | $9,675.93 | $9,675.93 |
| 5 300 7100 | JPMORGAN CHASE BANK, N.A. C/O LAW OFFICE OF DOUGLAS JOHNSON 321 N. CLARK, 5TH FLOOR CHICAGO, IL 60654 | Unsecured | | $92,333.00 | $89,994.17 | $89,994.17 |
| 6 300 7100 | AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $5,546.13 | $5,546.13 |
| 7 300 7100 | AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | | $2,788.00 | $2,891.44 | $2,891.44 |
| 8 300 7100 | AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | | $6,114.00 | $6,185.89 | $6,185.89 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-29158-DRC
Debtor Name: INNOVATIVE BUSINESSES & SERVICES I
Claims Bar Date: 1/23/2012

Date: May 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9 300 7100 | RBS CITIZENS N.A. C/O CHARLES KOUTSOGIANE RJW 500 443 JEFFERSON BLVD WARWICK, RI 02886 | Unsecured | | $94,945.00 | $94,945.28 | $94,945.28 |
| 10 300 7100 | FIFTH THIRD BANK PO BOX 829009 DALLAS, TX 75382 | Unsecured | | $5,183.00 | $5,405.72 | $5,405.72 |
| 16 300 7100 | CHICAGO UNION STATION COMPANY AND NATIONAL RAILROAD PASSENGER CORP C/O K. JEAN DOBER 60 MASSACHUSSETTS AVENUE, NE WASHINGTON, DC 20002 | Unsecured | | $0.00 | $12,000.00 | $12,000.00 |
| | Case Totals | | | $633,784.00 | $1,084,697.51 | $1,084,697.51 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 4

Printed: May 15, 2017

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-29158
Case Name: INNOVATIVE BUSINESSES & SERVICES I
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand                                     $        93,436.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | BMO HARRIS BANK N.A. (F/K/A) HARRIS N.A. | $ 101,225.16 | $ 101,225.16 | $ 0.00 | $ 77,921.03 |
| 11 | AT&T SERVICES INC | $ 45,879.38 | $ 45,879.38 | $ 0.00 | $ 0.00 |
| 12 | SUJATA SRIVASTAVA | $ 181,778.17 | $ 181,778.17 | $ 0.00 | $ 0.00 |
| 13 | JAMES A. MAJERNIK | $ 35,193.95 | $ 35,193.95 | $ 0.00 | $ 0.00 |
| 14 | SANKABHAI PATEL | $ 76,694.00 | $ 76,694.00 | $ 0.00 | $ 0.00 |
| 15 | DAVID W. GIBBS | $ 50,481.09 | $ 50,481.09 | $ 0.00 | $ 0.00 |
| 17 | ILLINOIS PUBLIC TELECOM. ASSOC. | $ 147,692.08 | $ 147,692.08 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors          $        77,921.03

Remaining Balance                                 $        15,515.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 12,787.60 | $ 0.00 | $ 12,787.60 |
| Trustee Expenses: THE HELMS LAW FIRM PC | $ 45.42 | $ 0.00 | $ 45.42 |
| Attorney for Trustee Fees: RICHARD L. HIRSH & ASOCIATES P.C. | $ 6,192.50 | $ 6,192.50 | $ 0.00 |
| Attorney for Trustee Expenses: RICHARD L. HIRSH & ASOCIATES P.C. | $ 86.58 | $ 86.58 | $ 0.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P.C. | $ 10,293.10 | $ 7,650.00 | $ 2,643.10 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P.C. | $ 118.13 | $ 79.05 | $ 39.08 |
| Other: A Levine-Bond | $ 157.37 | $ 157.37 | $ 0.00 |
| Other: Illinois Public Telecommunications Assoc | $ 76,000.00 | $ 76,000.00 | $ 0.00 |
| Other: INTRENATIONAL SURETIES LTD. | $ 129.59 | $ 129.59 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $_____15,515.20

Remaining Balance     $_____0.00


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:


NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 339,943.39  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CAPITAL ONE BANK (USA) N.A. | $        13,302.90 | $        0.00 | $        0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | $        99,995.93 | $        0.00 | $        0.00 |
| 4 | JPMORGAN CHASE BANK, N.A. | $        9,675.93 | $        0.00 | $        0.00 |
| 5 | JPMORGAN CHASE BANK, N.A. | $        89,994.17 | $        0.00 | $        0.00 |
| 6 | AMERICAN EXPRESS BANK, FSB | $        5,546.13 | $        0.00 | $        0.00 |
| 7 | AMERICAN EXPRESS BANK, FSB | $        2,891.44 | $        0.00 | $        0.00 |
| 8 | AMERICAN EXPRESS BANK, FSB | $        6,185.89 | $        0.00 | $        0.00 |
| 9 | RBS CITIZENS N.A. | $        94,945.28 | $        0.00 | $        0.00 |
| 10 | FIFTH THIRD BANK | $        5,405.72 | $        0.00 | $        0.00 |
| 16 | CHICAGO UNION STATION COMPANY | $        12,000.00 | $        0.00 | $        0.00 |

Total to be paid to timely general unsecured creditors                $_____ 0.00

Remaining Balance                                                    $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE