IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 11-29158 |
| INNOVATIVE BUSINESSES & | ) | |
| SERVICES | ) | HON. JANET S. BAER |
| | ) | BANKRUPTCY JUDGE |

## NOTICE OF MOTION

TO:  Parties listed on the attached Service List

PLEASE TAKE NOTICE that on June 9, 2017, at 11:00 a.m., the undersigned shall appear before the Honorable Janet S. Baer, United States Bankruptcy Judge, or any other judge sitting in her place and stead, at the Courtroom 240, Kane County Courthouse, 100 S. Third Street, Geneva Illinois and then and there present the attached Motion, a copy of which is attached hereto and hereby served upon you.

_/s/ Brenda Porter Helms

## CERTIFICATE OF SERVICE

The undersigned certifies that pursuant to Section H, B, 4 of the Administrative Procedures for the Case Management/Electronic Case filing System, service of the above-mentioned Notice on all parties identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants and, as to all other parties on the attached Service List, he/she was served a copy as set forth therein, this  day of May 18, 2017, at 3400 W. Lawrence Avenue, Chicago Illinois.

__/s/ Brenda Porter Helms ____

Brenda Porter Helms
#6184302
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

## SERVICE LIST

Service via Court's electronic notification system

Office of U.S. Trustee

Chad Heyward

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Innovative Businesses & Services, Inc. | ) | No. 11 B 29158 |
| | ) | |
| 36-3799941 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Donald R. Cassling |

## THIRD AND FINAL APPLICATION
## OF ALAN D. LASKO & ASSOCIATES, P.C.
## FOR ALLOWANCE OF COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified Public Accountants, request third and final compensation of $2,643.10 and expenses of $39.08 for the time period from March 13, 2014 through December 8, 2016. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit pursuant to Bankruptcy Rule 2016.

## INTRODUCTION

This Court has jurisdiction over this Third and Final Fee Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## INNOVATIVE BUSINESSES & SERVICES, INC.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## GENERAL

The Debtor filed a petition under Chapter 7 on or about July 15, 2011. A Trustee was subsequently appointed. On June 15, 2012, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this Fee Application is the Applicant's time for preparing the years 2014, 2015 and 2016 final income tax returns.

2

## INNOVATIVE BUSINESSES & SERVICES, INC.

### FEE APPLICATION

The fees sought by this Third and Final Fee Application reflect an aggregate of 19.7 hours of ADLPC's time spent and recorded in performing services during the Third and Final Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which third and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

## INNOVATIVE BUSINESSES & SERVICES, INC.

### BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

### BILLING

The Applicant has incurred .6 hour in the preparation of this fee Application.

Cost                $59.90

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.1 | $ 284.00 | $ 28.40 |
| C. Wilson, Staff | 0.5 | 63.00 | 31.50 |
|  | 0.6 |  | $ 59.90 |

### TAX PREPARATION – 2014

The Applicant incurred 3.6 hours in the preparation of the workpapers and year-end tax returns for 2014.

Cost                $448.60

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.6 | $ 280.00 | $ 168.00 |
| K. Seyller, Senior | 0.8 | 128.00 | 102.40 |
| B. Zhu, Staff | 2.2 | 81.00 | 178.20 |
|  | 3.6 |  | $ 448.60 |

4

**INNOVATIVE BUSINESSES & SERVICES, INC.**

## TAX PREPARATION – 2015 AND 2016

The Applicant incurred 15.5 hours in the preparation of the workpapers and year-end tax returns for 2015 and 2016 final.

Cost                    $2,134.60

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko (Post 05/01/16) | 1.7 | $ 288.00 | $ 489.60 |
| A. Lasko (Pre 05/01/16) | 1.3 | 284.00 | 369.20 |
| D. Konomidis, Tax Supervisor | 0.6 | 230.00 | 138.00 |
| K. Seyller, Senior (Post 05/01/16) | 1.9 | 160.00 | 304.00 |
| K. Seyller, Senior (Pre 05/01/16) | 0.1 | 148.00 | 14.80 |
| B. Egeberg, Staff | 2.1 | 84.00 | 176.40 |
| D. Stefanczuk, Staff | 5.7 | 84.00 | 478.80 |
| M. Kadushkina, Staff | 2.1 | 78.00 | 163.80 |
|  | 15.5 | | $ 2,134.60 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| Owner | $288 | - | $300 |
|---|---|---|---|
| Manager/Director | 240 | - | 287 |
| Supervisors | 160 | - | 240 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

5

# INNOVATIVE BUSINESSES & SERVICES, INC.

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its third and final fee period are as follows:

| Recap by Project | First Interim | Second Interim |
|---|---|---|
| Billing | $    117.00 | $    117.60 |
| Tax Preparation | 3,157.70 | 698.40 |
| Amended Return - 2011 | 2,767.30 | - |
| Respond to Tax Authorities | - | 792.00 |
| Net Request | $   6,042.00 | $   1,608.00 |

| Recap by Project | Third and Final | Total |
|---|---|---|
| Billing | $     59.90 | $    294.50 |
| Tax Preparation | 2,583.20 | 6,439.30 |
| Amended Return - 2011 | - | 2,767.30 |
| Respond to Tax Authorities | - | 792.00 |
| Net Request | $   2,643.10 | $  10,293.10 |

| Recap for Third and Final | Hours | Amount |
|---|---|---|
| Tax Preparation - 2014 | 3.6 | $    448.60 |
| Tax Preparation - 2015 and 2016 | 15.5 | 2,134.60 |
|  | 19.1 | $   2,583.20 |

**INNOVATIVE BUSINESSES & SERVICES, INC.**

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 3.0 | $ 294.50 | $ 98.17 |
| Tax Preparation | 46.0 | 6,439.30 | $ 139.98 |
| Amended Return - 2011 | 16.1 | 2,767.30 | $ 171.88 |
| Respond to Tax Authorities | 4.0 | 792.00 | $ 198.00 |
| | 69.1 | $ 10,293.10 | $ 148.96 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| | First Interim | Second Interim | Third and Final | Total |
|---|---|---|---|---|
| Copy Costs | $ 24.90 | $ 9.10 | $ 26.80 | $ 60.80 |
| Delivery | 19.46 | 14.38 | - | 33.84 |
| Postage | 6.24 | 4.97 | 12.28 | 23.49 |
| | $ 50.60 | $ 28.45 | $ 39.08 | $ 118.13 |

Recap of third and final expenses.

| | 2014 | 2015 and 2016 | Total |
|---|---|---|---|
| Copy Costs | $ 7.40 | $ 19.40 | $ 26.80 |
| Postage | 2.87 | 9.41 | 12.28 |
| | $ 10.27 | $ 28.81 | $ 39.08 |

7

## INNOVATIVE BUSINESSES & SERVICES, INC.

The Applicant has received its first and second interim fees as follows:

|  | Compensation | Expenses |
|---|---|---|
| 06/15/12 - 04/29/13 | $  6,042.00 | $  50.60 |
| 04/30/13 - 03/12/14 | 1,608.00 | 28.45 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest.  Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved.  ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

8

**INNOVATIVE BUSINESSES & SERVICES, INC.**

    (D)      whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

    (E)      whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Third and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate. ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this Third and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the third and final compensation sought herein for the Compensation Period is warranted.

## INNOVATIVE BUSINESSES & SERVICES, INC.

**CONCLUSION AND REQUEST FOR RELIEF**

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested third and final compensation of $2,643.10 and expenses of $39.08 should be allowed for services by your Applicant for the period March 13, 2014 through December 8, 2016.

_____
Alan D. Lasko


Alan D. Lasko & Associates, P.C.
205 West Randolph Street
Suite 1150
Chicago, Illinois  60606
(312) 332-1302

10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              )
                                                    )
Innovative Businesses & Services, Inc.              )        No. 11 B 29158
                                                    )
         36-3799941                                 )        Chapter 7
         Debtor                                     )
                                                    )        Hon. Donald R. Cassling

## AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
                 )                    SS.
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.    I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko.  Lasko is the Court-approved accountants for Brenda Porter Helms, Chapter 7 Trustee in this case ("Trustee").

2.    I have read the Third and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief.  Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.    Lasko has previously received payments for services rendered in connection with this case from the Trustee.  Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4.    The Applicant has received its first and second interim fees as follows:

|                       | Compensation | Expenses |
|-----------------------|--------------|----------|
| 06/15/12 - 04/29/13   | $   6,042.00 | $   50.60 |
| 04/30/13 - 03/12/14   |     1,608.00 |     28.45 |

11

FURTHER AFFIANT SAYETH NOT.

_____

Alan D. Lasko

Subscribed and Sworn to before me
this _____ day of December, 2016.

_____

Notary Public

> OFFICIAL SEAL
> CLAUDETTE WILSON
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES 05/10/20

12

**<u>EXHIBIT A</u>**

**<u>ORDER OF EMPLOYMENT</u>**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                             BK No.:   11-29158
INNOVATIVE BUSINESSES AND                   )
SERVICES, INC.                              )
                                            )      Chapter: 7
                                            )      Honorable Donald R. Cassling
                                            )
                    Debtor(s)               )      DuPage
                                            )

ORDER AUTHORIZING EMPLOYMENT

AT WHEATON, ILLINOIS, this 15th day of June, 2012, before the Honorable Donald R.
Cassling, United States Bankruptcy Judge, in the District and Division aforesaid,

IT APPEARING TO THE COURT that the Trustee, Brenda Porter Helms, has filed a Motion to
Employ Accountant; and

IT APPEARING TO THE COURT that due notice has been given and the Court being fully
advised in the matter,

IT IS HEREBY ORDERED that the Trustee is authorized to employ Alan D. Lasko and the
accounting firm of Alan D. Lasko & Associates, P.C. as her accountant in this matter.  All
compensation to said accountant is subject to court approval.

Enter:   _Donald R. Cassling_

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  June 15, 2012

Prepared by:

Brenda Porter Helms
#6184302
3400 W. Lawrence Ave
Chicago IL 60625
(773) 463 -6427

**<u>EXHIBIT B</u>**

**<u>PERSONNEL</u>**

## INNOVATIVE BUSINESSES & SERVICES, INC.

The following represents a description of the primary individuals in this engagement.


### Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 30 years. He brings his 40 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.


### Denise C. Konomidis, CPA – Tax Supervisor

Ms. Konomidis has 15 years of experience performing tax preparation and tax planning in public accounting. She has worked for a large and small public accounting firm and tax planning firm over this period. She has worked with commercial and individual accounts of various sizes. She has an Undergraduate Degree in Accounting from the University of Illinois. She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

## INNOVATIVE BUSINESSES & SERVICES, INC.

<u>Karen Seyller, JD – Senior</u>

Ms. Seyller has worked on various insolvency and litigation matters for two years. She has also worked on numerous Chapter 11 and 7 matters, as well as Receivership-related work and civil litigation support work. Prior to joining the Firm, Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons. Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last five years. Duties included the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company. Ms. Seyller has a Bachelor's Degree in Accounting from Saint Xavier University. She has completed her work at John Marshall Law School.

<u>Bin Zhu – Staff</u>

Mr. Zhu is a staff accountant performing accounting and tax services. Mr. Zhu has a Bachelor's and Master's Degree in Accounting from Missouri State University. Mr. Zhu has recently completed the CPA examination.

<u>Bradley Egeberg – Staff</u>

Mr. Egeberg is an intern staff accountant performing accounting and tax services. Mr. Egeberg has recently completed his Bachelor's Degree in Accounting from DePaul University. Mr. Egeberg is working towards his Master's Degree in Accounting also from DePaul University.

**INNOVATIVE BUSINESSES & SERVICES, INC.**

Dominika Stefanczuk – Staff

Ms. Stefanczuk is an intern staff accountant performing accounting and tax services. Ms. Stefanczuk has recently completed her Bachelor's Degree in Accounting from Saint Xavier University. Ms. Stefanczuk is working towards her Master's Degree in Accounting also from Saint Xavier University.

Maria Kadushkina – Staff

Ms. Kadushkina is an intern staff accountant performing accounting and tax services. Ms. Kadushkina is currently working towards a Bachelor's Degree in Accounting from DePaul University. In addition, Ms. Kadushkina has substantially completed the required hours in Russia University in Education. Ms. Kadushkina has also worked as a volunteer tax preparer for the Center of Economic Progress for the previous two tax seasons.

**<u>EXHIBIT C</u>**

**<u>STAFF LEVELS</u>**

**INNOVATIVE BUSINESSES & SERVICES, INC.**

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

## EXHIBIT D

## ACTUAL TIME FROM TIME SLIPS

**<u>EXHIBIT D-1</u>**

**<u>TAX PREPARATION – 2014</u>**

5/9/2015                                  Alan D  Lasko & Associates, P C
11 55 AM                                        Pre-bill Worksheet                                    Page      1

---

Selection Criteria

---

Clie Selection              Include  Innovative 002, Innovative 012

---

| | | | | |
|---|---|---|---|---|
| Nickname | Innovative 002 \| 3963 | | | |
| Full Name | Innovative Businesses & Services, Inc | | | |
| Address | c/o Brenda Helms, Trsutee | | | |
| | 3400 W  Lawrence | | | |
| | Chicago IL 60625 | | | |
| Phone 1 | | Phone 2 | | |
| Phone 3 | | Phone 4 | | |
| In Ref To | tax preparation | | | |
| Fees Arrg | By billing value on each slip | | | |
| Expense Arrg | By billing value on each slip | | | |
| Tax Profile | Exempt | | | |
| Last bill | 3/12/2014 | | | |
| Last charge | 2/17/2015 | | | |
| Last payment | 2/25/2015 | Amount | $3,910 73 | |

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 1/15/2015<br>132319 | K  Seyller<br>800 | 128 00 | 0 30 | 38 40 | Billable |
| | Reviewed 1099 information received from Trustee's office | | | | |
| 2/11/2015<br>132801 | B  Zhu<br>800 | 81 00 | 2 20 | 178 20 | Billable |
| | Preparation of workpapers and tax return for tax year 2014 | | | | |
| 2/11/2015<br>132895 | K  Seyller<br>800 | 128 00 | 0 40 | 51 20 | Billable |
| | Reviewed company tax return and working papers for 2014 | | | | |
| 2/13/2015<br>132896 | K  Seyller<br>800 | 128 00 | 0 10 | 12 80 | Billable |
| | Reviewed State company tax return and working papers for 2014 | | | | |
| 2/16/2015<br>132964 | A  Lasko<br>800 | 280 00 | 0 30 | 84 00 | Billable |
| | tax review regarding shareholder basis and prior years losses | | | | |
| 2/17/2015<br>132990 | A  Lasko<br>800 | 280 00 | 0 30 | 84 00 | Billable |
| | sign off of federal and state tax returns and efile authorization letter for 2014 | | | | |

| TOTAL | Billable Fees | | 3 60 | | $448 60 |
|---|---|---|---|---|---|

5/9/2015                                    Alan D  Lasko & Associates, P C
11 55 AM                                        Pre-bill Worksheet                                    Page    2

Innovative 002 Innovative Businesses & Services, Inc  (continued)

| Date<br>ID | User<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 2/17/2015<br>133088 | C  Wilson<br>115 | 7 40 | 1 000 | 7 40 | Billable |
| | Photocopy costs for 2014 Forms 1120S income tax returns - 74 pages @<br>$ 10 per page | | | | |
| 2/17/2015<br>133089 | C  Wilson<br>105 | 2 87 | 1 000 | 2 87 | Billable |
| | Postage for 2014 Forms 1120S income tax returns sent to Brenda Porter<br>Helms | | | | |

| TOTAL | Billable Costs | | | | $10 27 |

---

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips<br>By billing value on each slip | | |
| Total of billable time slips<br>Total of Fees (Time Charges) | $448 60 | $448 60 |
| Costs Bill Arrangement  Slips<br>By billing value on each slip | | |
| Total of billable expense slips<br>Total of Costs (Expense Charges) | $10 27 | $10 27 |
| Total new charges | | $458 87 |
| Previous Balance<br>120 Days<br>Total Previous Balance | $3,910 73 | $3,910 73 |

Accounts Receivables

| Date|ID | Type | Description | | |
|---|---|---|---|---|
| 2/25/2015<br>16973 | PAY | Payment - thank you | ($3,910.73) | |
| Total Accounts Receivable | | | | ($3,910 73) |

| New Balance<br>Current | | $458 87 |

5/9/2015                         Alan D  Lasko & Associates, P C                   Page      3
11 55 AM                              Pre-bill Worksheet

Innovative 002·Innovative Businesses & Services, Inc  (continued)

|  | Amount | Total |
|---|---|---|
| Total New Balance |  | $458 87 |

**EXHIBIT D-2**

**TAX PREPARATION – 2015 AND 2016**

12/8/2016
9 03 AM

Pre-bill Worksheet

Page    1

---

Selection Criteria

---

Clie Selection               Include  Innovative 002, Innovative 004, Innovative 012, Innovative 080

Nickname          Innovative 002 | 3963
Full Name         Innovative Businesses & Services, Inc
Address           c/o Brenda Helms, Trsutee
                  3400 W  Lawrence
                  Chicago IL 60625
Phone                             Fax
Home                              Other
In Ref To         tax preparation
Fees Arrg         By billing value on each slip
Expense Arrg      By billing value on each slip
Tax Profile       Exempt
Last bill         5/9/2015
Last charge       12/7/2016
Last payment      2/25/2015          Amount    $3,910 73

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 1/25/2016<br>141855 | K  Seyller<br>800 | 148 00 | 0 10 | 14 80 | Billable |
| | Reviewed Form 2 for information return issues- 2015, a return was not<br>needed to be filk-b | | | | |
| 2/13/2016<br>142681 | A  Lasko<br>800 | 284 00 | 0 20 | 56 80 | Billable |
| | review of data received and set up staff for tax preparation work to 𝟡 ⊙ | | | | |
| 2/15/2016<br>142722 | M  Kadushkina<br>800 | 78 00 | 2 10 | 163 80 | Billable |
| | preparation of  work papers and tax returns - 201ƒ | | | | |
| 3/1/2016<br>143243 | D  Konomidis<br>800 | 230 00 | 0 60 | 138 00 | Billable |
| | reviewed 2015 tax returns and workpaperƒ | | | | |
| 3/2/2016<br>143298 | A  Lasko<br>800 | 284 00 | 0 70 | 198 80 | Billable |
| | tax review of workpapers and tax returns - 2ᴏᴵƒ | | | | |

12/8/2016
9 03 AM

Pre-bill Worksheet

Page      2

Innovative 002 Innovative Businesses & Services, Inc  (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|--------------:|---------------:|---------------:|-------|
| 3/2/2016 143299 | A  Lasko 800 | 284 00 | 0 40 | 113 60 | Billable |

sign off of federal and state tax returns and efile authorization letter - 2015

| 11/29/2016 149870 | A  Lasko 800 | 288 00 | 0 20 | 57 60 | Billable |

initial review of tax filings per trustee request for esta TE

| 12/2/2016 149921 | A  Lasko 800 | 288 00 | 0 30 | 86 40 | Billable |

review of data received and set up staff for tax preparation 2016

| 12/5/2016 149955 | B  Egeberg 800 | 84 00 | 0 70 | 58 80 | Billable |

Prepared 2016 final tax return and work papers addtional items

| 12/5/2016 149971 | D  Stefanczuk 800 | 84 00 | 2 60 | 218 40 | Billable |

prepared work papers and tax returns - fin AL

| 12/5/2016 149976 | K  Seyller 800 | 160 00 | 0 30 | 48 00 | Billable |

Met with staff to review 2016 tax questions for preparation of final tax retuaA

| 12/6/2016 150006 | D  Stefanczuk 800 | 84 00 | 2 60 | 218 40 | Billable |

continued to work on workpapers and tax returns - fin AL

| 12/6/2016 150008 | D  Stefanczuk 800 | 84 00 | 0 50 | 42 00 | Billable |

completed preparation of workpapers and tax returns - fin AL

| 12/6/2016 150033 | K  Seyller 800 | 160 00 | 1 30 | 208 00 | Billable |

Reviewed work papers for preparation of 2016 final paper prepared tax retur N

| 12/7/2016 150040 | A  Lasko 800 | 288 00 | 0 90 | 259 20 | Billable |

12/8/2016
9 03 AM                              Pre-bill Worksheet                              Page    3

Innovative 002 Innovative Businesses & Services, Inc  (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | tax review of workpapers and tax returns - final | | | | |
| 12/7/2016 B Egeberg 150047 800 | | 84 00 | 1 40 | 117 60 | Billable |
| | Estimated time to prepare estate's information returns and cover letter to trustee final | | | | |
| 12/7/2016 A Lasko 150063 800 | | 288 00 | 0 30 | 86 40 | Billable |
| | sign off of federal and state tax returns - final | | | | |
| 12/7/2016 K Seyller 150064 800 | | 160 00 | 0 30 | 48 00 | Billable |
| | Estimated time to review estate's final information tax returns - final | | | | |
| TOTAL | Billable Fees | | 15 50 | $2,134 60 | |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 3/2/2016 C Wilson 143319 115 | | 7 60 | 1 000 | 7 60 | Billable |
| | Photocopy costs for 2015 Forms 1120S income tax returns - 76 pages @ $ 10 per page | | | | |
| 3/2/2016 C Wilson 143320 105 | | 2 96 | 1 000 | 2 96 | Billable |
| | Postage for 2015 Forms 1120S income tax returns sent to Brenda Helms | | | | |
| 12/7/2016 C Wilson 150066 115 | | 11 80 | 1 000 | 11 80 | Billable |
| | Photocopy costs for 2016 Forms 1120S income tax returns - 118 pages @ $ 10 per page | | | | |
| 12/7/2016 C Wilson 150067 105 | | 6 45 | 1 000 | 6 45 | Billable |
| | Postage for 2016 Forms 1120S income tax returns sent to Brenda Porter Helms | | | | |

12/8/2016
9 03 AM

Pre-bill Worksheet

Page    4

Innovative 002 Innovative Businesses & Services, Inc  (continued)

|  | Amount | Total |
|---|---|---|
|  |  |  |
| TOTAL    Billable Costs |  | $28 81 |

## Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips<br>By billing value on each slip |  |  |
| Total of billable time slips<br>Total of Fees (Time Charges) | $2,134 60 | $2,134 60 |
| Costs Bill Arrangement  Slips<br>By billing value on each slip |  |  |
| Total of billable expense slips<br>Total of Costs (Expense Charges) | $28 81 | $28 81 |
| Total new charges |  | $2,163 41 |
| Previous Balance<br>120 Days<br>Total Previous Balance | $458 87 | $458 87 |
| New Balance<br>120 Days<br>Current | $458 87<br>$2,163 41 |  |
| Total New Balance |  | $2,622 28 |

Total Overdue  $458 87

**<u>EXHIBIT D-3</u>**

**<u>BILLING TIME</u>**

5/9/2015                          Alan D  Lasko & Associates, P C                    Page      4
11 55 AM                              Pre-bill Worksheet

Nickname        Innovative 012 | 3964
Full Name       Innovative Businesses & Services, Inc
Address         c/o Brenda Helms, Trsutee
                3400 W  Lawrence
                Chicago IL 60625

Phone 1                         Phone 2
Phone 3                         Phone 4
In Ref To       fee petition
Fees Arrg       By billing value on each slip
Expense Arrg    By billing value on each slip
Tax Profile     Exempt
Last bill       3/12/2014
Last charge     5/9/2015
Last payment    2/25/2015        Amount      $234 60

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/9/2015 136169 | C  Wilson 800 Prepared fee petition | 63 00 | 0 50 | 31 50 | Billable |
| 5/9/2015 136182 | A  Lasko 800 prepared fee petition | 284 00 | 0 10 | 28 40 | Billable |
| TOTAL | Billable Fees | | 0 60 | | $59 90 |

Total of billable expense slips                                            $0 00

---

### Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips By billing value on each slip | | |
| Total of billable time slips | $59 90 | |
| Total of Fees (Time Charges) | | $59 90 |
| Total of Costs (Expense Charges) | | $0 00 |
| Total new charges | | $59 90 |
| Previous Balance 120 Days | $234 60 | |
| Total Previous Balance | | $234 60 |

5/9/2015
11 55 AM

Alan D  Lasko & Associates, P C
Pre-bill Worksheet

Page      5

Innovative 012 Innovative Businesses & Services, Inc  (continued)

|  | Amount | Total |
|---|---|---|
| **Accounts Receivables** | | |
| Date||ID    Type    Description | | |
| 2/25/2015 PAY   Payment - thank you | ($234 60) | |
| 16971 | | |
| Total Accounts Receivable | | ($234 60) |
| | | |
| **New Balance** | | |
| Current | $59 90 | |
| | | |
| Total New Balance | | $59 90 |