# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| INNOVATIVE BUSINESSES & | § | Case No. 11-29158 |
| SERVICES I | § | |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 42,382.44<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 77,921.03 | Claims Discharged<br>Without Payment: NA |
| Total Expenses of Administration: 112,830.99 | |

3) Total gross receipts of $ 190,752.02  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 190,752.02  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 393,799.00 | $ 638,943.83 | $ 638,943.83 | $ 77,921.03 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 112,830.99 | 112,830.99 | 112,830.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 847,326.00 | 339,943.39 | 339,943.39 | 0.00 |
| TOTAL DISBURSEMENTS | $ 1,241,125.00 | $ 1,091,718.21 | $ 1,091,718.21 | $ 190,752.02 |

4)  This case was originally filed under chapter 7 on  07/15/2011 .  The case was pending for 74 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/14/2017                    By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE DIAL-AROUND | 1121-000 | 264.22 |
| PHONES - 1,000 PHONES AT $15.00 PER PHONE | 1129-000 | 90,000.00 |
| NET RECEIPTS FROM BUSINESS OPERATIONS | 1230-000 | 100,486.45 |
| Post-Petition Interest Deposits | 1270-000 | 1.35 |
| TOTAL GROSS RECEIPTS | | $ 190,752.02 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St Paul Federal 1330 Conway St. Suite 200 Saint Paul, MN 55106 | | 86,067.00 | NA | NA | 0.00 |
| 11 | AT&T SERVICES INC | 4110-000 | NA | 45,879.38 | 45,879.38 | 0.00 |
| 1 | BMO HARRIS BANK N.A. (F/K/A) HARRIS N.A. | 4110-000 | 93,797.00 | 101,225.16 | 101,225.16 | 77,921.03 |
| 15 | DAVID W. GIBBS | 4110-000 | 40,000.00 | 50,481.09 | 50,481.09 | 0.00 |
| 17 | ILLINOIS PUBLIC TELECOM. ASSOC. | 4110-000 | 0.00 | 147,692.08 | 147,692.08 | 0.00 |
| 13 | JAMES A. MAJERNIK | 4110-000 | 27,359.00 | 35,193.95 | 35,193.95 | 0.00 |
| 14 | SANKABHAI PATEL | 4110-000 | 31,576.00 | 76,694.00 | 76,694.00 | 0.00 |
| 12 | SUJATA SRIVASTAVA | 4110-000 | 115,000.00 | 181,778.17 | 181,778.17 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 393,799.00** | **$ 638,943.83** | **$ 638,943.83** | **$ 77,921.03** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM PC | 2100-000 | NA | 12,787.60 | 12,787.60 | 12,787.60 |
| THE HELMS LAW FIRM PC | 2200-000 | NA | 45.42 | 45.42 | 45.42 |
| A Levine-Bond | 2300-000 | NA | 157.37 | 157.37 | 157.37 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTRENATIONAL SURETIES LTD. | 2300-000 | NA | 129.59 | 129.59 | 129.59 |
| ASSOCIATED BANK | 2600-000 | NA | 6,479.79 | 6,479.79 | 6,479.79 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 205.00 | 205.00 | 205.00 |
| EX, FED | 2690-000 | NA | 58.48 | 58.48 | 58.48 |
| FEDEX | 2690-000 | NA | 87.72 | 87.72 | 87.72 |
| Illinois Public Telecommunications Assoc | 2690-000 | NA | 76,000.00 | 76,000.00 | 76,000.00 |
| TREASURY, UNITED STATES | 2690-000 | NA | 189.71 | 189.71 | 189.71 |
| RICHARD L. HIRSH & ASOCIATES P.C. | 3210-000 | NA | 6,192.50 | 6,192.50 | 6,192.50 |
| RICHARD L. HIRSH & ASOCIATES P.C. | 3220-000 | NA | 86.58 | 86.58 | 86.58 |
| ALAN D. LASKO & ASSOCIATES P.C. | 3410-000 | NA | 10,293.10 | 10,293.10 | 10,293.10 |
| ALAN D. LASKO & ASSOCIATES P.C. | 3420-000 | NA | 118.13 | 118.13 | 118.13 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 112,830.99 | $ 112,830.99 | $ 112,830.99 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue C/O Bankruptcy Department 100 West Randolph, Level 7 Rm 425 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | 51,264.00 | NA | NA | 0.00 |
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | 9,709.00 | NA | NA | 0.00 |
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | 19,582.00 | NA | NA | 0.00 |
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | 12,150.00 | NA | NA | 0.00 |
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | 3,788.00 | NA | NA | 0.00 |
| | Capital One PO Box 5294 Carol Stream, IL 60197-5294 | | 20,881.00 | NA | NA | 0.00 |
| | Capital One PO Box 5294 Carol Stream, IL 60197-5294 | | 47,575.00 | NA | NA | 0.00 |
| | Capital One PO Box 60024 City Of Industry, CA 91716-0024 | | 9,696.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Member Service PO Box 15548 Wilmington, DE 19886-5548 | | 9,176.00 | NA | NA | 0.00 |
| | Chase Card Member Service PO Box 15548 Wilmington, DE 19886-5548 | | 3,814.00 | NA | NA | 0.00 |
| | Chase Card Member Service PO Box 15548 Wilmington, DE 19886-5548 | | 5,793.00 | NA | NA | 0.00 |
| | Chase Card Member Service PO Box 15548 Wilmington, DE 19886-5548 | | 9,377.00 | NA | NA | 0.00 |
| | Chase PO Box 15153 Wilmington, DE 19886-5153 | | 9,981.00 | NA | NA | 0.00 |
| | Chase PO Box 15153 Wilmington, DE 19886-5153 | | 19,682.00 | NA | NA | 0.00 |
| | Chase PO Box 15153 Wilmington, DE 19886-5153 | | 14,374.00 | NA | NA | 0.00 |
| | Citi Bank 4928 South Kedzie Chicago, IL 60632 | | 16,597.00 | NA | NA | 0.00 |
| | Citi Cards PO Box 688910 Des Moines, IA 50368-8910 | | 20,325.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Cards PO Box 688910 Des Moines, IA 50368-8910 | | 15,065.00 | NA | NA | 0.00 |
| | Citi PO Box 6241 Sioux Falls, SD 57117 | | 21,066.00 | NA | NA | 0.00 |
| | Citi PO Box 6241 Sioux Falls, SD 57117 | | 20,005.00 | NA | NA | 0.00 |
| | Discover Card PO Box 15251 Wilmington, DE 19886-5251 | | 15,223.00 | NA | NA | 0.00 |
| | Discover Card PO Box 15251 Wilmington, DE 19886-5251 | | 9,706.00 | NA | NA | 0.00 |
| | Discover P.O. Box 6105 Carol Stream, IL 60197-6105 | | 10,673.00 | NA | NA | 0.00 |
| | James Majernik RR3 Box 25 Sumner, IL 62406 | | 28,981.00 | NA | NA | 0.00 |
| | Madonna Majernik RR3 Box 25 Sumner, IL 62466 | | 17,640.00 | NA | NA | 0.00 |
| | Paypal Collect America Commerical Services 16011 College Blvd Suite 101 Lenexa, KS 66219 | | 1,157.00 | NA | NA | 0.00 |
| | PNC Bank Po Box 856177 Louisville, KY 40285-6177 | | 13,318.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank Po Box 856177 Louisville, KY 40285-6177 | | 29,924.00 | NA | NA | 0.00 |
| | PNC Bank Po Box 856177 Louisville, KY 40285-6177 | | 12,567.00 | NA | NA | 0.00 |
| | Sam Patel 880 Brompton Court Carol Stream, IL 60188 | | 34,445.00 | NA | NA | 0.00 |
| | Wells Fargo P.O. Box 5296 Carol Stream, IL 60197 | | 7,740.00 | NA | NA | 0.00 |
| 6 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 5,546.13 | 5,546.13 | 0.00 |
| 7 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 2,788.00 | 2,891.44 | 2,891.44 | 0.00 |
| 8 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 6,114.00 | 6,185.89 | 6,185.89 | 0.00 |
| 2 | CAPITAL ONE BANK (USA) N.A. | 7100-000 | 12,937.00 | 13,302.90 | 13,302.90 | 0.00 |
| 16 | CHICAGO UNION STATION COMPANY | 7100-000 | NA | 12,000.00 | 12,000.00 | 0.00 |
| 10 | FIFTH THIRD BANK | 7100-000 | 5,183.00 | 5,405.72 | 5,405.72 | 0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 7100-000 | 101,910.00 | 99,995.93 | 99,995.93 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | JPMORGAN CHASE BANK, N.A. | 7100-000 | 9,842.00 | 9,675.93 | 9,675.93 | 0.00 |
| 5 | JPMORGAN CHASE BANK, N.A. | 7100-000 | 92,333.00 | 89,994.17 | 89,994.17 | 0.00 |
| 9 | RBS CITIZENS N.A. | 7100-000 | 94,945.00 | 94,945.28 | 94,945.28 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 847,326.00 | $ 339,943.39 | $ 339,943.39 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 11-29158 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | INNOVATIVE BUSINESSES & SERVICES I | | | | Date Filed (f) or Converted (c): | 07/15/2011 (f) |
| | | | | | 341(a) Meeting Date: | 08/18/2011 |
| For Period Ending: | 08/14/2017 | | | | Claims Bar Date: | 01/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. CHECKING AND SAVINGS | 150.00 | 0.00 | | 0.00 | FA |
| 2. ACCOUNTS RECEIVABLE DIAL-AROUND | 19,000.00 | 0.00 | | 264.22 | FA |
| 3. FUNDS BEING HELD BY AT&T PURSUANT TO JUDGMENT<br><br>Amended Schedule lists as Accounts receivable with increased value | 11,273.66 | 0.00 | | 0.00 | FA |
| 4. 1999 Ford Winstar - 245,000 miles - Fair<br><br>Originally listed as 1998 FORD ECONOLINE CARGO VAN - 245,000 MILES - FAIR | 3,015.00 | 0.00 | | 0.00 | FA |
| 5. 2006 DODGE CARAVAN CARGO VAN - 220,000 - FAIR | 5,520.00 | 0.00 | | 0.00 | FA |
| 6. 2000 CHEVROLET ASTRO CARGO VAN - 185,000 MILES - F | 3,600.00 | 0.00 | | 0.00 | FA |
| 7. MISCELLANEOUS OFFICE EQUIPMENT | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. PHONES - 1,000 PHONES AT $15.00 PER PHONE<br><br>Sold per order 2/24/12 [dkt 33] | 15,000.00 | 0.00 | | 90,000.00 | FA |
| 9. Post-Petition Interest Deposits          (u) | Unknown | N/A | | 1.35 | FA |
| 10. NET RECEIPTS FROM BUSINESS OPERATIONS (u)<br><br>Trustee authorized to operate business per order dated 9/23/11 [dkt 19] | 0.00 | 0.00 | | 100,486.45 | FA |
| 11. VOID          (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. ADMINISTRATIVE PROCEEDING VS. FTC          (u)<br><br>The trustee kept this case open for 6 years pending recovery from the ongoing litiation.  Trustee has determined that, at this point, collection is unlikely and will abandon the Estate's interest in the FTC litigation at closing. | 0.00 | Unknown | | 0.00 | FA |
| 13. .25% OWNERSHIP IN DATANET LLC          (u) | Unknown | 0.00 | | 0.00 | FA |
| 14. VERIZON ACCOUNT RECEIVABLE          (u) | 7,700.45 | 0.00 | | 0.00 | FA |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 11-29158 | JSB | Judge: | Janet S. Baer |
| Case Name: | INNOVATIVE BUSINESSES & SERVICES I | | | |
| For Period Ending: | 08/14/2017 | | | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 07/15/2011 (f) |
| 341(a) Meeting Date: | 08/18/2011 |
| Claims Bar Date: | 01/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15.  BSG CLEARING SOLUTIONS ACCOUNT RECEIVABLE (u) | 8,123.33 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $76,382.44 | $0.00 | $190,752.02 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee preparing interim distribution to creditors

Initial Projected Date of Final Report (TFR): 12/31/2014      Current Projected Date of Final Report (TFR): 11/30/2016

Case 11-29158   Doc 64   Filed 08/29/17   Entered 08/29/17 14:35:02   Desc Main
Document   Page 14 of 22

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 11-29158 | |
| Case Name: INNOVATIVE BUSINESSES & SERVICES I | |

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1368
Checking - Non Interest

Exhibit 9

Taxpayer ID No: XX-XXX9941
For Period Ending: 08/14/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $31,906.47 | | $31,906.47 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $11.15 | $31,895.32 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $20.32 | $31,875.00 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $19.65 | $31,855.35 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $20.29 | $31,835.06 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $47.32 | $31,787.74 |
| 02/15/13 | 10001 | INTERNATIONAL SURETIES LTD | Bond #016026455 | 2300-000 | | $28.45 | $31,759.29 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $42.68 | $31,716.61 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $47.15 | $31,669.46 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $45.56 | $31,623.90 |
| 05/08/13 | 10 | INNOVATIVE BUSINESSES & SERVICES | transfer of funds from operating acct Trustee operated business pursuant to order 9/23/11 [dkt 19] | 1230-000 | $82,494.12 | | $114,118.02 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $141.94 | $113,976.08 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $163.98 | $113,812.10 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $169.21 | $113,642.89 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $168.96 | $113,473.93 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $163.28 | $113,310.65 |

| | | | | Page Subtotals: | $114,400.59 | $1,089.94 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 11-29158 | | | | | | |
| Case Name: INNOVATIVE BUSINESSES & SERVICES I | | | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | | | |
| | | | Bank Name: Associated Bank | | | |
| | | | Account Number/CD#: XXXXXX1368 | | | |
| | | | Checking - Non Interest | | | |
| Taxpayer ID No: XX-XXX9941 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 08/14/2017 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $168.46 | $113,142.19 |
| 12/06/13 | 10002 | TREASURY, UNITED STATES | Estate income tax period ending 12/31/11 | 2690-000 | | $189.71 | $112,952.48 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $162.79 | $112,789.69 |
| 12/16/13 | 10003 | RICHARD L. HIRSH P.C. | legal fees per order 12/13/13 [dkt 42] | 3210-000 | | $6,192.50 | $106,597.19 |
| 12/16/13 | 10004 | RICHARD L. HIRSH P.C. | legal expenses per order 12/13/13 [dkt 42] | 3220-000 | | $86.58 | $106,510.61 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $165.35 | $106,345.26 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $158.12 | $106,187.14 |
| 02/15/14 | 10005 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | $100.91 | $106,086.23 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $142.58 | $105,943.65 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $157.51 | $105,786.14 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $152.20 | $105,633.94 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $157.05 | $105,476.89 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $151.75 | $105,325.14 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $156.60 | $105,168.54 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $156.36 | $105,012.18 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $151.10 | $104,861.08 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $155.90 | $104,705.18 |

| | | | Page Subtotals: | | $0.00 | $8,605.47 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 11-29158 | | | | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | | Exhibit 9 |
| Case Name: INNOVATIVE BUSINESSES & SERVICES I | | | | Bank Name: Associated Bank | | |
| | | | | Account Number/CD#: XXXXXX1368 | | |
| | | | | Checking - Non Interest | | |
| Taxpayer ID No: XX-XXX9941 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 08/14/2017 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $150.65 | $104,554.53 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $155.43 | $104,399.10 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $155.22 | $104,243.88 |
| 02/19/15 | 10006 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $74.57 | $104,169.31 |
| 02/25/15 | 10007 | ALAN D. LASKO & ASSOCIATES, P.C. | accountant fees per order 2/20/15 [dkt 49] | 3410-000 | | $6,042.00 | $98,127.31 |
| 02/25/15 | 10008 | ALAN D. LASKO & ASSOCIATES, P.C. | accountant expenses per order 2/20/15 [dkt 49] | 3420-000 | | $50.60 | $98,076.71 |
| 02/25/15 | 10009 | ALAN D. LASKO & ASSOCIATES, P.C. | accountant fees per order 2/20/15 [dkt 50] | 3410-000 | | $1,608.00 | $96,468.71 |
| 02/25/15 | 10010 | ALAN D. LASKO & ASSOCIATES, P.C. | accountnat expenses per order 2/20/15 [dkt 50] | 3420-000 | | $28.45 | $96,440.26 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $139.24 | $96,301.02 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $143.17 | $96,157.85 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $138.35 | $96,019.50 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $142.75 | $95,876.75 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $137.93 | $95,738.82 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $142.34 | $95,596.48 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $142.13 | $95,454.35 |

| | | | Page Subtotals: | | $0.00 | $9,250.83 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-29158 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: INNOVATIVE BUSINESSES & SERVICES I | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1368 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX9941 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/14/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $137.35 | $95,317.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $141.71 | $95,175.29 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $136.93 | $95,038.36 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $141.30 | $94,897.06 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $141.09 | $94,755.97 |
| 02/25/16 | 10011 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $82.80 | $94,673.17 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $131.78 | $94,541.39 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $140.55 | $94,400.84 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $135.82 | $94,265.02 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $140.14 | $94,124.88 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $135.43 | $93,989.45 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $139.74 | $93,849.71 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $139.52 | $93,710.19 |

Page Subtotals:                                                    $0.00        $1,744.16

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 11-29158
Case Name: INNOVATIVE BUSINESSES & SERVICES I

Taxpayer ID No: XX-XXX9941
For Period Ending: 08/14/2017

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1368
Checking - Non Interest
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $134.84 | $93,575.35 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $139.12 | $93,436.23 |
| 06/19/17 | 10012 | The Helms Law Firm P.C. | trustee compensation | 2100-000 | | $12,787.60 | $80,648.63 |
| 06/19/17 | 10013 | The Helms Law Firm P.C. | trustee expenses | 2200-000 | | $45.42 | $80,603.21 |
| 06/19/17 | 10014 | Alan D. lasko & Associates, P.C. | Accountant fees | 3410-000 | | $2,643.10 | $77,960.11 |
| 06/19/17 | 10015 | Alan D. Lasko & Associates P.C. | Accountant expenses | 3420-000 | | $39.08 | $77,921.03 |
| 06/19/17 | 10016 | BMO Harris NA | Final distibution to creditors | 4110-000 | | $77,921.03 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $114,400.59 | $114,400.59 |
| Less: Bank Transfers/CD's | $31,906.47 | $0.00 |
| Subtotal | $82,494.12 | $114,400.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $82,494.12 | $114,400.59 |

Page Subtotals:   $0.00   $93,710.19

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-29158 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: INNOVATIVE BUSINESSES & SERVICES I | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6041 |
| | Money Market - Interest Bearing |
| Taxpayer ID No: XX-XXX9941 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/14/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/21/11 | 2 | DA COMP CONSULTING INC. P.O. Box 38Greenville TX 75403 | collection A/R | 1121-000 | $264.22 | | $264.22 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.07 | $264.15 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.33 | $263.82 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.33 | $263.49 |
| 01/14/12 | 101 | FEDEX | sent paychecks to Thurston & Becnel | 2690-000 | | $87.72 | $175.77 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.32 | $175.45 |
| 02/29/12 | 102 | INTRENATIONAL SURETIES LTD. | Trustee bond | 2300-000 | | $0.23 | $175.22 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.21 | $175.01 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $0.22 | $174.79 |
| 04/02/12 | 103 | EX, FED | deliver check to contractor | 2690-000 | | $58.48 | $116.31 |
| 04/09/12 | 8 | ILLINIOS PUBLIC TELECOMMUNICATIONS 1560 sherman Ave  Suite 310Evanston IL 60201 | sale of phones and contracts --transaction reversed (5/17/12) due to posting in wrong amount | 1129-000 | $3,199.33 | | $3,315.64 |
| 04/30/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.17 | | $3,315.81 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $25.09 | $3,290.72 |
| 05/17/12 | | ILLINIOS PUBLIC TELECOMMUNICATIONS 1560 sherman Ave  Suite 310Evanston IL 60201 | sale of phones and contracts Trustee sold phones pursuant to order 2/24/12 [dkt 33] and recovered coins collected from phones prior to sale pursuant to order dated 9/15/11 authorizing trustee to operate business [dkt 19] | | $31,992.33 | | $35,283.05 |
| | | | Page Subtotals: | | $35,456.05 | $173.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Case 11-29158   Doc 64   Filed 08/29/17   Entered 08/29/17 14:35:02   Desc Main
Document   Page 20 of 22

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-29158
Case Name: INNOVATIVE BUSINESSES & SERVICES I

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Bank of America
Account Number/CD#: XXXXXX6041
Money Market - Interest Bearing

Exhibit 9

Taxpayer ID No: XX-XXX9941
For Period Ending: 08/14/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Gross Receipts            $107,992.33 | | | | |
| | | Illinois Public Telecommunications Assoc | Management fee allowed $2k per week since 8/15/11 per sale order [dkt 33]   ($66,000.00) | 2690-000 | | | |
| | | Illinois Public Telecommunications Assoc | costs of coin collection   ($10,000.00) | 2690-000 | | | |
| | 10 | | NET RECEIPTS FROM BUSINESS OPERATIONS   $17,992.33 | 1230-000 | | | |
| | 8 | | PHONES - 1,000 PHONES AT $15.00 PER PHONE   $90,000.00 | 1129-000 | | | |
| 05/17/12 | 8 | Reverses Deposit # 2 | sale of phones and contracts Deposit amount posted in incorrect amount | 1129-000 | ($3,199.33) | | $32,083.72 |
| 05/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.27 | | $32,083.99 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $40.76 | $32,043.23 |
| 06/29/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.25 | | $32,043.48 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $38.08 | $32,005.40 |
| 07/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.28 | | $32,005.68 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $41.97 | $31,963.71 |
| 08/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.27 | | $31,963.98 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $40.61 | $31,923.37 |
| 09/14/12 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.11 | | $31,923.48 |
| 09/14/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET10TH FLOORDALLAS, TX  75283 | BANK FEES | 2600-000 | | $17.01 | $31,906.47 |

Page Subtotals:                         ($3,198.15)          $178.43

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 11-29158 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: INNOVATIVE BUSINESSES & SERVICES I | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6041 |
| | Money Market - Interest Bearing |
| Taxpayer ID No: XX-XXX9941 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/14/2017 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $31,906.47 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $32,257.90 | $32,257.90 |
| Less: Bank Transfers/CD's | | $0.00 | $31,906.47 |
| Subtotal | | $32,257.90 | $351.43 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $32,257.90 | $351.43 |

| | | | |
|---|---|---|---|
| Page Subtotals: | | $0.00 | $31,906.47 |

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1368 - Checking - Non Interest | $82,494.12 | $114,400.59 | $0.00 |
| XXXXXX6041 - Money Market - Interest Bearing | $32,257.90 | $351.43 | $0.00 |
| | $114,752.02 | $114,752.02 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $76,000.00 |
| Total Net Deposits: | $114,752.02 |
| Total Gross Receipts: | $190,752.02 |

Page Subtotals:                    $0.00          $0.00